# EXHIBIT A

## CONSENT FORM

  I was employed by International Laser Products, Inc. and International Toner Corp., and/or their parents, subsidiary or affiliated companies during the prior three (3) years, and in one or more of those weeks was not paid all the overtime pay owed to me as required by 29 U.S.C. § 201 *et seq*. I authorize the filing and prosecution of this Fair Labor Standards Act action in my name and on behalf of all persons similarly situated to myself.

My name is: Josue Alvarado

Your signature: _____

# EXHIBIT B

```
003257
CO.      FILE    DEPT.   CLOCK NUMBER    060
839      100164  121000        0001874468  1
```

**Earnings Statement** 

INTERNATIONAL LASER PRODUCTS, INC.
1081 JOHNSON DRIVE
BUFFALO GROVE, IL 60089

Period Beginning: 07/23/2018
Period Ending: 08/05/2018
Pay Date: 08/10/2018

Taxable Marital Status: Married
Exemptions/Allowances:
  Federal: 6
  IL: 6

JOSUE ALVARADO
REDACTED

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 10.5000 | 80.00 | 840.00 | 9,649.08 |
| Holiday | | | | 168.00 |
| **Gross Pay** | | | **$840.00** | 9,817.08 |

| Deductions | | this period | year to date |
|---|---|---|---|
| Statutory | | | |
| Social Security Tax | | -52.08 | 608.66 |
| Medicare Tax | | -12.18 | 142.35 |
| IL State Income Tax | | -18.73 | 211.77 |
| Other | | | |
| Advance | | -80.00 | 320.00 |
| **Net Pay** | | **$677.01** | |
| **Net Check** | | **$677.01** | |

Your federal taxable wages this period are $840.00

```
002982
CO.     FILE    DEPT.   CLOCK NUMBER      060
799     006083  110100        0001874429  1
```

**Earnings Statement** 

INTERNATIONAL TONER CORP
1081 JOHNSON DRIVE
BUFFALO GROVE, IL 60089

Period Beginning:   07/23/2018
Period Ending:      08/05/2018
Pay Date:           08/10/2018

Taxable Marital Status:  Single
Exemptions/Allowances:
    Federal:  0
    IL:       0

JOSUE ALVARADO
REDACTED

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 10.5000 | 56.50 | 593.25 | 4,882.50 |
| Gross Pay | | | $593.25 | 4,882.50 |

| Deductions | | | |
|---|---|---|---|
| **Statutory** | | | |
| Federal Income Tax | | -46.79 | 367.75 |
| Social Security Tax | | -36.79 | 302.72 |
| Medicare Tax | | -8.61 | 70.80 |
| IL State Income Tax | | -29.37 | 241.71 |
| **Other** | | | |
| Advance | | | 80.00 |
| Net Pay | | $471.69 | |
| Net Check | | $471.69 | |

Your federal taxable wages this period are $593.25



©1998, 2006. ADP, LLC All Rights Reserved.

```
001708
CO.    FILE    DEPT.    CLOCK  NUMBER    060
839    100164  121000          0001625279  1
```

**Earnings Statement** 

INTERNATIONAL LASER PRODUCTS, INC.
1081 JOHNSON DRIVE
BUFFALO GROVE, IL 60089

Period Beginning: 04/30/2018
Period Ending: 05/13/2018
Pay Date: 05/18/2018

Taxable Marital Status: Married
Exemptions/Allowances:
 Federal: 6
 IL: 6

JOSUE ALVARADO

# REDACTED

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 10.5000 | 80.00 | 840.00 | 4,781.49 |
| Gross Pay | | | $840.00 | 4,781.49 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Social Security Tax | -52.08 | 296.45 |
| | Medicare Tax | -12.18 | 69.33 |
| | IL State Income Tax | -18.73 | 99.60 |
| Net Pay | | $757.01 | |
| Net Check | | $757.01 | |

Your federal taxable wages this period are $840.00



©1998, 2006, ADP, LLC All Rights Reserved.

```
001527
CO.     FILE    DEPT.   CLOCK  NUMBER    060
799    006083  110100         0001625247  1
```

INTERNATIONAL TONER CORP
1081 JOHNSON DRIVE
BUFFALO GROVE, IL 60089

**Earnings Statement** 

Period Beginning:   04/30/2018
Period Ending:      05/13/2018
Pay Date:           05/18/2018

Taxable Marital Status:  Single
Exemptions/Allowances:
    Federal:   0
    IL:        0

JOSUE ALVARADO
# REDACTED

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 10.5000 | 57.00 | 598.50 | 1,737.75 |
| Gross Pay | | | $598.50 | 1,737.75 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -47.42 | 135.33 |
| | Social Security Tax | -37.11 | 107.74 |
| | Medicare Tax | -8.68 | 25.20 |
| | IL State Income Tax | -29.63 | 86.03 |

Net Pay    $475.66

Net Check  $475.66

Your federal taxable wages this period are $598.50



©1998, 2006, ADP, LLC All Rights Reserved.