# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
### Eastern Division

Josue Alvarado

                              Plaintiff,

v.                                            Case No.: 1:18–cv–07756
                                                    Honorable Rebecca R. Pallmeyer

International Laser Products, Inc., et al.

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, February 12, 2019:

      MINUTE entry before the Honorable Rebecca R. Pallmeyer: Motion hearing held on 2/12/2019. Plaintiff's motion to void releases, to bar contacts, for issuance or corrective notice, and for sanctions [14] is entered and continued for briefing. Response to be filed by noon on Friday, February 15, 2019. Hearing set for 2/15/2019 at 2:00 PM. Mailed notice. (etv, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.