# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| JOSUE ALVARADO, on behalf of himself and all other persons similarly situated, known and unknown, | ) ) ) ) | Case No. 18-cv-07756 |
| Plaintiff, | ) ) | Judge Rebecca R. Pallmeyer |
| v. | ) ) ) | |
| INTERNATIONAL LASER PRODUCTS, INC., INTERNATIONAL TONER CORP., and CRAIG FUNK, individually | ) ) ) ) | |
| Defendants. | ) | |

**PLAINTIFF'S UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS AND COLLECTIVE ACTION SETTLEMENT AGREEMENT, FOR APPROVAL OF CLASS NOTICE, AND FOR SCHEDULING OF FINAL APPROVAL HEARING**

For the reasons stated in his accompanying Memorandum of Law, Plaintiff Josue Alvarado, on behalf of himself and the Class Members and Opt-in Plaintiffs he represents, moves this Court to enter his Proposed Order and grant preliminary approval of this class and collective action settlement, approve the notice of class action settlement, and schedule a final approval hearing. Defendants International Laser Products, Inc., International Toner Corp., and Craig Funk do not oppose this motion.

Date: September 25, 2019          Respectfully submitted,

                                                 /s/Maureen A. Salas
                                                 One of the Attorneys for Plaintiff

Douglas M. Werman - dwerman@flsalaw.com
Maureen A. Salas - msalas@flsalaw.com
Zachary C. Flowerree – zflowerree@flsalaw.com
Sarah J. Arendt - sarendt@flsalaw.com
**WERMAN SALAS P.C.**
77 W. Washington, Suite 1402
Chicago, IL 60602
(312) 419-1008