# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| JOSUE ALVARADO, on behalf of himself and all other persons similarly situated, known and unknown, | ) ) ) ) | Case No. 18-cv-07756 |
| Plaintiff, | ) ) | Judge Rebecca R. Pallmeyer |
| v. | ) ) ) | |
| INTERNATIONAL LASER PRODUCTS, INC., INTERNATIONAL TONER CORP., and CRAIG FUNK, individually | ) ) ) ) | |
| Defendants. | ) | |

**PLAINTIFF'S UNOPPOSED MOTION FOR FINAL APPROVAL OF CLASS AND COLLECTIVE ACTION SETTLEMENT AGREEMENT**

Class Representative Josue Alvarado, through counsel, moves this Court to grant final approval of the class and collective action settlement agreement reached in this matter. In support of this Motion, the Class Representative submits a Memorandum of Law in Support of his Unopposed Motion for Final Approval. He also previously submitted a Memorandum of Law in Support of his Request for an Award of Attorneys' Fees and Litigation Expenses (ECF No. 65). The Class Representative requests that the Court enter the Proposed Final Approval Order, attached as Exhibit 1 to the Memorandum of Law.

Dated:  January 17, 2020            Respectfully submitted,

/s/Sarah J. Arendt
One of Plaintiff's Attorneys

Douglas M. Werman- dwerman@flsalaw.com
Maureen A. Salas – msalas@flsalaw.com
Sarah J. Arendt – sarendt@flsalaw.com
**WERMAN SALAS P.C.**
77 W. Washington Street, Suite 1402
Chicago, IL 60602
(312) 419-1008