## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.1
### Eastern Division

Josue Alvarado

                                    Plaintiff,

v.                                                 Case No.: 1:18–cv–07756
                                                              Honorable Rebecca R. Pallmeyer

International Laser Products, Inc., et al.

                                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, January 24, 2020:

      MINUTE entry before the Honorable Rebecca R. Pallmeyer: Motion hearing held. Plaintiff's unopposed motion for final approval of class and collective action settlement agreement [66] is granted. Enter Order Granting Final Approval Of Class And Collective Action Settlement. Civil case terminated. Notice mailed by judge's staff (ntf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.